

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-14-00688-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11074
Honorable Dick Alcala, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to April 13, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:
John F. Carroll
Law Offices of John F. Carroll
111 West Olmos Drive
San Antonio, TX 78212

Lauren A. Scott
Assistant District Attorney
Paul Elizondo Tower, Third Floor
101 W. Nueva
San Antonio, TX 78205